■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILDRED BURNS, Appellant. — Judgment, Supreme Court, New York County, rendered on October 23, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J.P., Birns, Sandler, Sullivan and Carro, JJ.

■ LORRAINE A. CAPPIELLO, Appellant, v ANTHONY CAPPIELLO, Respondent. — Order, Supreme Court, New York County, entered on December 22, 1980, unanimously affirmed, without costs and without disbursements. Application to strike certain portions of the record on appeal denied. No opinion. Concur — Kupferman, J.P., Birns, Sandler, Sullivan and Carro, JJ.

■ CATHERINE SPECHT et al., Appellants, v BERTHA K. DONSON, as Temporary Administratix of the Estate of I. NEWTON KUGELMASS, Also Known as ISAAC N. KUGELMASS, Deceased, Respondent. — Order, Supreme Court, New York County, entered on June 10, 1980, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Appeal from order of said court entered on October 10, 1980, dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Ross, J.P., Markewich, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANILLO RAMIREZ, Appellant. — Judgment, Supreme Court, New York County, rendered on April 17, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J.P., Markewich, Silverman, Bloom and Fein, JJ.